AO 279 (Rev. 4/82)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.            DATE FILED<br>CV02-00429 SPK/LEK   07/11/02 | U.S. DISTRICT COURT, DISTRICT OF HAWAII<br>300 ALA MOANA BLVD., ROOM C-338<br>HONOLULU, HI  96850 |
| PLAINTIFF<br><br>CREATIVE JEWELRY | DEFENDANT<br><br>DAVID KWON dba HANALEI JEWELRY |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | SEE ENCLOSED COMPLAINT | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>SUE BEITIA | (BY) DEPUTY CLERK<br>[signature] | DATE<br>10/26/2007 |

☆U.S. G.P.O. 1982-374-279

COPY 2—Upon filing of document adding copyright(s), mail this copy to Register of Copyrights